

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00846-CV

**IN THE INTEREST OF M.L.Y.**, et al Children,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02449
Honorable Richard Garcia, Judge Presiding

## O R D E R

The Appellant, C.P.'s Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on February 20, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court